AO 187 (Rev. 7/87) Exhibit and Witness List

**FILED IN CLERK'S OFFICE**
U.S.D.C. - Newnan

# UNITED STATES DISTRICT COURT

JUN 1 0 2015

Northern        DISTRICT OF        Georgia

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

KELLEY RODAS

V.

ASSURANCE QUALITY GROUP, INC. et al.

**EXHIBIT LIST**

Case Number:  3:13-CV-077-TCB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TIMOTHY C. BATTEN, SR. | Sadie Banks | Regina Molden, Alec Macinnes |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 6/8/15 - 6/10/15 | Gigi Simcox | Suzy Edwards |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | SEE Plaintiff's Amended Exhibit List and Defendant's Amended Exhibit lists, attached. |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

*Rodas v. Quality Group, et al.*
*3:13 cv 77-TCB*

**Amended Exhibit List-Plaintiff Kelley Rodas**

FILED IN CLERK'S OFFICE
U.S.D.C. - Newnan

JUN 1 0 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**ATTACHMENT G-1**
**(Plaintiff's Amended Trial Exhibit List)**

Admitted

| | TRIAL EXHIBIT | | | |
|---|---|---|---|---|
| 6·8·15 | 1 | AQG00056 | AQG0057 | Email from Brent Schwartz to Stephen Whetstone and Kelley Rodas dated July 12, 2012, Re: Kelley's FMLA Letter (Attachment of FMLA Letter) |
| 6·8·15 | 2 | Rodas 0002 | Rodas 0002 | Letter from Whetstone to "To Whom It May Concern-"Last Day with AQG" |
| 6·8·15 | 3 | AQG000061 | AQG000062 | Email from Brent Schwartz to Kelley Rodas and Whetstone Whetstone Re: Department of Labor Letter (Attachment of DOL Letter) |
| | 4 | Rodas 003 | Rodas 003 | Letter from Stephen Whetstone to "To Whom it may concern." (Signed)-Rodas' last day of work |

Admitted

| | | | | |
|---|---|---|---|---|
| 6·9·15 | 5 | Rodas 0016 | Rodas 0016 | Rodas' Pay Stubs. |
| | 6 | AQG000001 | AQG000003 | EEOC Position Statement from Cynthia Almond-Dated October 3, 2012. |
| | 7 | AQG000010 | AQG000012 | EEOC Position Statement from Cynthia Lee Almond-Dated March 11, 2013. |
| | 8 | DRFP 0008 | DRFP 0009 | K.D. Kim's 2010 Performance Review |
| 6·8·15 | 9 | DRFP 0051 | DRFP 0051 | Email from KD Kim to Lars Krook, et al dated July 2, 2012 Re: Current Lars Krook. |
| 6·8·15 | 10 | DRFP 0046 | DRFP 0046 | Email from .D. Kim to David Funderburk (cc'ing Kelley Rodas) dated May 31, 2012 Re: quality issues with Rehau. |
| | 11 | DRFP  0048 | DRFP 0049 | Email chain dated May 31, 2012 from David Funderburk to Mobis, K.D. Kim and et al Re: QF SCL Sill Side |

Admitted
6·9·15

| 12 | DRFP 0057 | DRFP 0057 | Email from Curt Young to K.D. Kim dated August 28, 2012 Re: Daily Rework Status |
|---|---|---|---|
| 13 | DRFP 0014 | DRFP 0014 | K.D. Kim's resignation dated September 19, 2012. |
| 14 | DRFP 0054 | DRFP 0054 | Email from Brent Schwartz to KD Kim dated July 24, 2012 Re: Rehau Schedule. |
| 15 | DRFP 0001 | DRFP 0004 | Mobis' Harassment Policy and Procedures |
| 16 | DRFP 0069 | DRFP 0071 | Mobis EEOC Position Statement re: Kelley Rodas |
| 17 | | | Affidavit of Kelley Rodas |
| 18 | | | Affidavit of Stephen Whetstone |
| 19 | | | Affidavit of Brent Schwartz |
| 20 | Rodas 0056 | Rodas 0056 | Medical Excuse Slip for Kelley Rodas dated 6/14/12 |
| 21 | Rodas 0004 | Rodas 0015 | Pay Stubs for Kelley Rodas |

3

| 22 | Rodas 0001 | Rodas 0001 | Letter from Whetsteone to "To Whom It May Concern" Re: FMLA for Rodas. (unsigned) |
|---|---|---|---|
| 25 | Rodas 0022 | Rodas 0025 | EEOC Intake Questionnaire for Kelley Rodas |
| 26 | | | |
| 27 | AQG000059 | AQG000060 | Email from Curt Young (bottom) to Whetstone dated July 14, 2012 Re: Last Week's Meeting |
| 28 | DRFP 0047 | DRFP 0047 | Email from KD Kim to David Funderburk of Rehau and cc'ing Kelley Rodas dated May 31, 2012 re: QF Side Sill. |
| 29 | AQG000045 | AQG000045 | Email from Kelley Rodas to Whetstone Re: Angela Oneal dated November 3, 2011. |
| 30 | AQG000046 | AQG000046 | Email from Whetstone to David Funderburk cc'ing Curt Young Re: Jeffrey and Angela lying about |

6.9.15

6.8.15

6.8.15

6.9.15

*Admitted*

| | | | |
|---|---|---|---|
| | | | their time. |
| 31 (Defendant's Exhibit No. 27) | AQG000054 | AQG00054 | Email from Whetstone to Kelley Rodas – "Spend some time with Sharon showing her Reports." |
| 32 | Express _0045 | Express_0045 | Unemployment Separation Form for Samantha Lopez |
| 33 | Express_0047 | Express_0047 | Unemployment Form for Samantha Lopez |
| 34 | AQG000008 | AQG000009 | EEOC Position Statement by Cynthia Almond for Samantha Lopez |
| 35 | *Bates 0000096 ~ 000002606* | | *Employee List* |
| 36 (Defendant's Exhibit No. 36) | Rodas 0030 | Rodas 0030 | Updated EEOC Charge of Discrimination for Rodas. |
| 37 | | | |
| 38 | AQG000044 | AQG000044 | Email from Kelley Rodas to Whetstone dated November 3, 2011 re: Jeffrey Wingate. |

6.9.15

6.9.15

6.8.15

5

*Rodas v. Assurance Quality Group, et al.*
3:13cv77-TCB

FILED IN CLERK'S OFFICE
U.S.D.C. - Newnan

JUN 1 0 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## ATTACHMENT G-2
### (Defendant's First Amended Trial Exhibit List)

Admitted

| | | | |
|---|---|---|---|
| | 1. | Letter to Jennifer L. Vanairsdale (EEOC Investigator) from Cynthia Lee Almond on October 3, 2012 regarding Kelley Rodas | AQG000001-000003 |
| | 2. | Letter to Jennifer L. Vanairsdale from Cynthia Lee Almond on December 5, 2012 | AQG000004 |
| | 3. | Statement of Curt Young dated November 13, 2012 | AQG000005 |
| | 4. | Affidavit of Sharon Mack | AQG000006-000007 |
| | 5. | Letter to Jennifer L. Vanairsdale from Cynthia Lee Almond on October 3, 2012 regarding Samantha Lopez | AQG000008-000009 |
| | 6. | Letter to Sadiqa Banks by Cynthia Lee Almond on March 11, 2013 | AQG000010-000012 |
| | 7. | Demand letter sent to Stephen Whetstone by Sadiqa Banks to on March 1, 2013 | AQG000013-000016 |
| 6·9·15 | 8. | EEOC Charge of Discrimination – Samantha Lopez | AQG000017-000020 |
| 6·9·15 | 9. | EEOC Charge of Discrimination – Kelley Rodas | AQG000021-000026 |
| | 10. | Email sent to Stephen Whetstone by Hampton Confirmed on May 6, 2012 | AQG000034 |
| | 11. | Email sent to Kelley Rodas by Stephen Whetstone on May 13, 2012 | AQG000035 |
| 6·9·15 | 12. | Email sent to ~~Brent Schwartz~~ Peter Buccos by Stephen Whetstone on November 3, 2011 | AQG000036 |
| | 13. | Email sent to Anthony D'Andrea and Robert Elliott by Peter Buccos on April 20, 2012 | AQG000037 |

| | | |
|---|---|---|
| 14. | Email sent to Kelley Rodas by Stephen Whetstone on May 10, 2012 | AQG000038-000039 |
| 15. | Email sent to Peter Buccos by Stephen Whetstone on November 3, 2011 | AQG000040-000041 |
| 16. | Email sent to Stephen Whetstone by Kelley Rodas on May 4, 2012 | AQG000042-000043 |
| 17. | Email sent to Brent Schwartz by Stephen Whetstone on November 9, 2011 | AQG000044 |
| 18. | Email sent to Brent Schwartz by Stephen Whetstone on November 9, 2011 | AQG000045 |
| 19. | Email sent to David Funderburk by Stephen Whetstone on November 3, 2011 | AQG000046 |
| 20. | Email sent to Brent Schwartz by Stephen Whetstone on March 23, 2012 | AQG000047 |
| 21. | Email sent to Stephen Whetstone by Annabelle Sturkie on April 19, 2012 | AQG000048 |
| 22. | Email sent to Cynthia Almond, Brent Schwartz, and Amanda Wildman by Stephen Whetstone on November 13, 2012 | AQG000049 |
| 23. | Email sent to Brent Schwartz by Stephen Whetstone on September 26, 2012 | AQG000050 |
| 24. | Email sent to Brent Schwartz by Stephen Whetstone on September 28, 2012 | AQG000051 |
| 25. | Email sent to KD Kim by Stephen Whetstone on July 10, 2012 | AQG000052 |
| 26. | Mobis and Glovis shift details and phone numbers | AQG000053 |
| 27. | Email sent to Kelley Rodas by Stephen Whetstone on July 11, 2012 | AQG000054-000055 |

6·9·15

6·9·15

| | | | |
|---|---|---|---|
| | 28. | Email sent to Stephen Whetstone and Kelley Rodas by Brent Schwartz on July 12, 2012 | AQG000056 |
| | 29. | Letter regarding Kelley Rodas' FMLA leave starting July 20, 2012, signature block belonging to Stephen Whetstone | AQG000057 |
| 6·9·15 | 30. | Email sent to Stephen Whetstone by Curt Young on July 14, 2012 | AQG000058 |
| 6·9·15 | 31. | Email sent to Brent Schwartz by Stephen Whetstone on July 15, 2012 | AQG000059-000060 |
| | 32. | Email sent to Kelley Rodas and Stephen Whetstone by Brent Schwartz on July 17, 2012 | AQG000061 |
| | 33. | Letter regarding Kelley Rodas being out of work due to lack of work, signature block belonging to Stephen Whetstone | AQG000062 |
| | 34. | Email sent to KD Kim by Stephen Whetstone on September 7, 2012 | AQG000063 |
| | 35. | Spreadsheet of employee hours | AQG000064-000067 |
| | 36. | Spreadsheet of employee hours | AQG000071-000090 |
| | 37. | Letter sent by to Jennifer L. Vanairsdale by Brent Schwartz regarding Kelley Rodas' EEOC Claim | AQG000091-000094 |
| | 38. | Statement of Annabelle Sturkie | AQG000095 |
| | 39. | Express Application of Samantha Lopez dated January 23, 2012 | EXPRESS_0001-0002 |
| | 40. | Handbook Receipt Acknowledgment by Lopez dated January 30, 2012 | EXPRESS_0003 |
| | 41. | Disclosure Authorization by Lopez dated January 30, 2012 | EXPRESS_0004 |

| | | |
|---|---|---|
| 42. | Express work policies and attendance reporting procedures dated January 30, 2012 | EXPRESS_0005 |
| 43. | Workforce summary for Samantha Lopez dated November 12, 2013 | EXPRESS_0006 |
| 44. | Workforce Memos | EXPRESS_0007-0009 |
| 45. | Associate Work History – Samantha Lopez | EXPRESS_0010 |
| 46. | Associate Check History – Samantha Lopez | EXPRESS_0011-0012 |
| 47. | EEOC Notice of Charge of Discrimination – Samantha Lopez | EXPRESS_0013-0015 |
| 48. | Email sent to Russell C. Moen by Jennifer Vanairsdale on September 24, 2012 | EXPRESS_0016 |
| 49. | Email sent to Russell C. Moen by Donna L. Gosdin on September 24, 2012 | EXPRESS_0017 |
| 50. | Express Employment Professionals Handbook | EXPRESS_0018-0042 |
| 51. | Express Staffing Agreement signed by Brent Schwartz dated October 26, 2012 | EXPRESS_0043 |
| 52. | Letter sent by Krystle L. Miller on October 1, 2012 | EXPRESS_0044 |
| 53. | Unemployment Separation Form – Samantha H Lopez, Claim date 06/13/2012 | EXPRESS_0045 |
| 54. | Notice of Claim Filing and Request for Separation Information – Samantha Lopez, Mailed 06/13/2012 | EXPRESS_0046 |
| 55. | Unemployment Separation Form – Samantha H Lopez, Claim date 07/06/2012 | EXPRESS_0047 |
| 56. | Notice of Claim Filing and Request for Separation Information – Samantha Lopez, Mailed 08/14/2012 | EXPRESS_0048 |

6·9·15

| 57. | Notice of Claim Filing and Request for Separation Information – Samantha Lopez, Mailed 07/06/2012 | EXPRESS_0049 |
|---|---|---|
| 58. | Georgia Department of Labor Claims Examiner's Determination – Samantha Lopez, Mail date 08/09/2012 | EXPRESS_0050 |
| 60. | Georgia Department of Labor Claims Examiner's Determination – Samantha Lopez, Mail date 08/09/2012 | EXPRESS_0051 |
| 61. | Letter from Amanda Moody to State Representative on August 23, 2012 regarding Samantha Lopez on | EXPRESS_0052 |
| 62. | Notice of Claim Filing and Request for Separation Information – Samantha Lopez, Mailed 10/09/2012 | EXPRESS_0053 |
| 63. | Georgia Department of Labor Claims Examiner's Determination – Samantha Lopez, Mail date 01/24/2013 | EXPRESS_0054 |
| 64. | Unemployment Separation Form – Samantha H Lopez, Claim date 10/09/2012 | EXPRESS_0055 |
| 65. | Notice of Claim Filing and Request for Separation Information – Samantha Lopez, Mailed 01/08/2013 | EXPRESS_0056 |
| 66. | Unemployment Separation Form – Samantha H Lopez, Claim date 01/08/2013 | EXPRESS_0057 |
| 67. | Notice of Claim Filing and Request for Separation Information – Samantha Lopez, Mailed 04/08/2013 | EXPRESS_0058 |
| 68. | Georgia Department of Labor Claims Examiner's Determination – Samantha Lopez, Mail date 04/19/2013 | EXPRESS_0059 |

| 69. | Unemployment Separation Form – Samantha H Lopez, Claim date 04/08/2013 | EXPRESS_0060 |
|-----|---|---|
| 70. | Letter regarding Kelley Rodas' FMLA leave starting July 20, 2012, signature block belonging to Stephen Whetstone | 0001 |
| 71. | Letter regarding July 19, 2012 being Kelley Rodas' last day with AQG, signature block belonging to Stephen Whetstone | 0002 |
| 72. | Letter regarding Kelley Rodas being out of work from 7/20/2012 to the first week of September due to lack of work, signature block belonging to Stephen Whetstone | 0003 |
| 73. | Non-Negotiable Advice of Deposit – Kelly Rodas, Pay Period 08/15/2011 – 08/28/2011 | 0004 |
| 74. | Non-Negotiable Advice of Deposit – Kelly Rodas, Pay Period 08/29/2011 – 09/11/2011 | 0005 |
| 75. | Non-Negotiable Advice of Deposit – Kelly Rodas, Pay Period 09/12/2011 – 09/25/2011 | 0006 |
| 76. | Non-Negotiable Advice of Deposit – Kelly Rodas, Pay Period 10/17/2011 – 10/30/2011 | 0007 |
| 77. | Non-Negotiable Advice of Deposit – Kelly Rodas, Pay Period 10/31/2011 – 11/13/2011 | 0008 |
| 78. | Non-Negotiable Advice of Deposit – Kelly Rodas, Pay Period 12/26/2011 – 01/08/2012 | 0009 |
| 79. | Non-Negotiable Advice of Deposit – Kelly Rodas, Pay Period 01/09/2012 – 01/22/2012 | 0010 |
| 80. | Non-Negotiable Advice of Deposit – Kelly Rodas, Pay Period 01/22/2012 – 02/04/2012 | 0011 |
| 81. | Direct Deposit – Kelly Rodas, Pay Date 03/02/2012 | 0012 |

| 82. | Direct Deposit – Kelly Rodas, Pay Date 03/02/2012 | 0013 |
|---|---|---|
| 83. | Direct Deposit – Kelly Rodas, Pay Date 03/16/2012 | 0014 |
| 84. | Direct Deposit – Kelly Rodas, Pay Date 03/30/2012 | 0015 |
| 85. | Direct Deposit – Kelly Rodas, Pay Date 05/25/2012 | 0016 |
| 86. | EEOC Notice of Right to Sue – Kelly Rodas, Date Mailed: February 4, 2013 | 0017 |
| 87. | EEOC Notice of Charge of Discrimination – Kelly Rodas, Dated: September 19, 2012 | 0018 |
| 88. | EEOC Charge of Discrimination – Kelly Rodas, Dated: September 11, 2012 | 0019-0020 |
| 89. | Additional Information for Claimant Kelly Rodas, Date of Filed Charge: September 11, 2012 | 0021 |
| 90. | EEOC Intake Questionnaire – Kelly Rodas, September 11, 2012 | 0022-0025 |
| 91. | Letter of Representation from Sadiqa Banks, September 11, 2012 | 0026 |
| 92. | EEOC Notice of Right to Sue – Kelly Rodas, Date Mailed: February 4, 2013 | 0027 |
| 93. | Letter from Janet L. Shoenfelt to Jennifer L. Vanairsdale on September 25, 2012 regarding Kelly Rodas v. Kia Motors Manufacturing | 0028 |
| 94. | EEOC Notice of Charge of Discrimination – Kelly Rodas, Dated: September 19, 2012 | 0029 |

| 95. | EEOC Charge of Discrimination – Kelly Rodas, Dated: September 11, 2012 | 0030 |
|---|---|---|
| 96. | EEO-1 200 Establishment Report | 0031-0033 |
| 97. | EEOC Notice of Right to Sue – Kelly Rodas | 0039 |
| 98. | EEOC Notice of Charge of Discrimination – Kelly Rodas, Dated: September 19, 2012 | 0040 |
| 99. | EEOC Charge of Discrimination – Kelly Rodas, Dated: September 11, 2012 | 0041 |
| 100. | EEOC Notice of Right to Sue – Kelly Rodas, Date Mailed: February 4, 2013 | 0047 |
| 101. | EEOC Notice of Charge of Discrimination – Kelly Rodas, Dated: September 19, 2012 | 0048 |
| 102. | EEOC Charge of Discrimination – Kelly Rodas, Dated: September 11, 2012 | 0049 |
| 103. | 2/5/08 Draft Supplemental Questionnaire – Kelly Rodas | 0055 |
| 104. | Excuse Slip for Kelly Rodas by Dr. Brett Bowie, Dated: 6/14/2012 | 0056 |
| 105. | Kelly Rodas' Driver's License | 0057 |
| 106. | Employee's Withholding Exemption Certificate – Kelly Rodas, 12/13/2011 | 0058 |
| 107. | Form W-4 Employee's Withholding Allowance Certificate, Kelly Rodas, 12/13/2011 | 0059 |
| 108. | Form I-9, Employment Eligibility Verification – Kelly Rodas | 0060 |
| 109. | Form W-11 Hiring Incentives to Restore Employment (HIRE) Act Employee Affidavit – Kelley C. Rodas, 12/13/2011 | 0061 |

| | | | |
|---|---|---|---|
| | 110. | Telephone records from May 17, 2012 to June 16, 2012 to for AQG telephone numbers: 205-246-1940; 205-292-5640; 205-393-9898; 205-394-9213; 205-535-4187. | |
| | 111. | Telephone records from June 17, 2012 to July 16, 2012 to for AQG telephone numbers: 205-246-1940; 205-292-5640; 205-393-9898; 205-394-9213; 205-535-4187. | |
| | 112. | Telephone records from July 17, 2012 to August 16, 2012 to for AQG telephone numbers: 205-246-1940; 205-292-5640; 205-393-9898; 205-394-9213; 205-535-4187. | |
| 6·9·15 | 113. | Telephone records from August 17, 2012 to September 16, 2012 to for AQG telephone numbers: 205-246-1940; 205-292-5640; 205-393-9898; 205-394-9213; 205-535-4187. | |
| | 114. | Deposition of Kelley Rodas taken on January 9, 2014 (to be used for impeachment purposes) | |
| | 115. | Deposition of Samantha Lopez taken on January 10, 2014 (to be used for impeachment purposes) | |
| 6·9·15 | 116. | Email from Kelley Rodas to Brent Schwartz attaching time sheets for employees at Rehau and SMR (Glovis), and attached time sheets. | |
| 6·10·15 | 117. | Email from Kelley Rodas to Brent Schwartz on July 16, 2012 reminding Brent of need to letters to get unemployment. | |

6.9.15   118 –   Email from Kelley Rodas to Curtis Young dated 6·26·12

6.10.15   119 –   Email from Brent Schwartz to Donna Gosdin