UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| Kelley Rodas | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:12-cv-4356-TCB |
| Brent Schwartz and Stephen Whetstone, | |
| Defendants. | |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of the defendants' Motion for Summary Judgment, and the Court having **GRANTED** said motion as to these defendants, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Newnan, Georgia, this 16th day of June, 2015.

JAMES N. HATTEN
CLERK OF COURT

By: /s/ Janice Micallef
 Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  June 16, 2015
James N. Hatten
Clerk of Court

By: /s/ Janice Micallef
    Deputy Clerk